```
                     UNITED STATES DISTRICT COURT
                          DISTRICT OF NEVADA


SHARON HULIHAN,                    )   2:09-CV-01096-ECR-RJJ (Base Case)
                                   )   2:09-CV-01987-ECR-RJJ (Member Case)
      Plaintiff,                   )
                                   )   MINUTES OF THE COURT
vs.                                )
                                   )   DATE: August 5, 2010
THE REGIONAL TRANSPORTATION        )
COMMISSION OF SOUTHERN NEVADA,     )
and LAIDLAW TRANSIT SERVICES, INC.,)
and FIRST TRANSIT INC.,; and DOES  )
1-100,inclusive,                   )
                                   )
      Defendants.                  )
_____)


PRESENT:      EDWARD C. REED, JR.                   U. S. DISTRICT JUDGE

Deputy Clerk:    COLLEEN LARSEN      Reporter:     NONE APPEARING

Counsel for Plaintiff(s)             NONE APPEARING

Counsel for Defendant(s)             NONE APPEARING
```

MINUTE ORDER IN CHAMBERS

Sharon Hulihan ("Hulihan"), a pro se litigant, alleges, inter alia, discrimination under Title II of the American with Disabilities Act. Defendants are Regional Transportation Commission of Southern Nevada, Laidlaw Transit Services, Inc. and First Transit Inc.  On June 28, 2010, Defendants filed a motion for summary judgment (#40).  Plaintiff opposed (#45) the motion indicating, through an affidavit, that she did not conduct discovery during the period allotted for discovery because she believed discovery was somehow stayed until after the parties' settlement conference was concluded.

We will treat Plaintiff's opposition as a motion under Fed. R. Civ. P. 56(f) and stay the case temporarily to allow Plaintiff to conduct discovery. No further such stays will be granted.

**IT IS, THEREFORE, HEREBY ORDERED** that the case is **STAYED** for 60 days during which time the parties may conduct discovery.

**IT IS HEREBY FURTHER ORDERED** that Defendants' motion for summary judgment (#40) is **DENIED** without prejudice on the following basis: Defendants may re-file or file another motion for summary judgment within thirty (30) days after the sixty (60) day discovery period ends. Plaintiff shall have fourteen (14) days thereafter within which time to file a response, and Defendants shall have seven (7) days within which time to file a reply.

                                                        LANCE S. WILSON, CLERK

                                                        By        /s/
                                                               Deputy Clerk