UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SHARON HULIHAN, an individual, ) | |
| ) | |
| Plaintiff, ) | 2:09-cv-1096-ECR-RJJ |
| ) | |
| vs. ) | |
| ) | |
| THE REGIONAL TRANSPORTATION ) | O R D E R |
| COMMISSION OF SOUTHERN ) | |
| NEVADA, etc., *et al.*, ) | |
| ) | |
| Defendant, ) | |

This matter is before the Court on a Motion For Plaintiff to Request the Honorable Magistrate Judge Robert J. Johnston to Cite ADA Law, State Law, Constitution Law, FRCP, FRE 402, Etc., in Case No. 2:09-cv-1096-ECR-RJJ For the Inadmissability of Evidence in Hulihan v. Regional Transportation Commission (#86).

The Court having reviewed the Motion (#86) and the Opposition (#91) and good cause appearing therefore,

IT IS HEREBY ORDERED that the Motion For Plaintiff to Request the Honorable Magistrate Judge Robert J. Johnston to Cite ADA Law, State Law, Constitution Law, FRCP, FRE 402, Etc., in Case No. 2:09-cv-1096-ECR-RJJ For the Inadmissability of Evidence in Hulihan v. Regional Transportation Commission (#86) is **DENIED.**

DATED this  21st  day of June, 2011.

ROBERT J. JOHNSTON
United States Magistrate Judge