UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SHARON HULIHAN, an individual, | |
| Plaintiff, | 2:09-cv-1096-ECR-RJJ |
| vs. | |
| THE REGIONAL TRANSPORTATION COMMISSION OF SOUTHERN NEVADA, etc., *et al*., | O R D E R |
| Defendant, | |

This matter is before the Court on Plaintiff's Motion For Magistrate Judge R.J. Johnston to Reconsider October 2010 Ruling on Inadmissability of Dr. Diaz' Deposition Taken in February 2010 in Case No. 2:09-cv-1096-ECR-RJJ (#80).

The Court having reviewed the Motion (#80) and the Opposition (#87) and good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiff's Motion For Magistrate Judge R.J. Johnston to Reconsider October 2010 Ruling on Inadmissability of Dr. Diaz' Deposition Taken in February 2010 in Case No. 2:09-cv-1096-ECR-RJJ (#80) is **DENIED.**

DATED this   21st   day of June, 2011.

ROBERT J. JOHNSTON
United States Magistrate Judge