# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Sharon Hulihan

**JUDGMENT IN A CIVIL CASE**

Plaintiff,

V.

Regional Transportation Commission of Southern Nevada et al

Case Number: 2:09-CV-1096 ECR-RJJ

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Defendants' Motion is GRANTED as to Plaintiff's Third Cause of Action for negligent failure to train, supervise and manage employees as to Defendants First Transit Inc and Laidlaw Transit Services Inc. Judgment is entered for Defendants and against Plaintiff.

| June 22, 2011 | /s/ Lance S. Wilson |
|---|---|
| Date | Clerk |
| | /s/ Eileen Sterba |
| | (By) Deputy Clerk |