UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHARON HULIHAN, | Case No. 2:09-cv-01096-ECR-RJJ |
| Plaintiff, | |
| vs. | MINUTES OF THE COURT |
| REGIONAL TRANSPORTATION COMMISSION OF SOUTHERN NEVADA, | Date: June 24, 2011 |
| Defendants. | |

PRESENT:   EDWARD C. REED, JR.        U. S. DISTRICT JUDGE

Deputy Clerk:   COLLEEN LARSEN     Reporter:   NONE APPEARING

Counsel for Plaintiff(s)         NONE APPEARING

Counsel for Defendant(s)         NONE APPEARING

<u>MINUTE ORDER IN CHAMBERS</u>

<u>Motion for Clarification (#85)</u>

    Plaintiff filed a motion for clarification of our order (#79) on May 31, 2011 (#85). The motion for clarification is DENIED without prejudice.

    The hearing date which is referred to in the motion has been vacated by the Court. (#97).

<u>Response to Order (#89)</u>

    Plaintiff filed a document entitled "Reply to Judge Reed's Motion [78]" on June 15, 2011 (#89). Plaintiff's reply will be treated as a motion for reconsideration of order (#88) filed on June 8, 2011.

The motion to reconsider is DENIED. Our order (#88) clearly makes reference to Plaintiff's motion to enter evidence (#56).

Motion to Strike (#68)

Defendant's Motion to Strike (#68) filed on October 12, 2010 is GRANTED.

It is premature to consider the admissibility of evidence to be presented at trial at this stage of the proceedings.

We do not comment at this time on whether the proposed evidence is or is not admissible.

LANCE S. WILSON, CLERK

By    /s/   
      Deputy Clerk