UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHARON HULIHAN, | Case No. 2:09-cv-01096-ECR-RJJ |
| Plaintiff, | MINUTES OF THE COURT |
| vs. | |
| | Date: August 15, 2011 |
| THE REGIONAL TRANSPORTATION COMMISSION OF SOUTHERN NEVADA, et al., | |
| Defendants. | |

PRESENT:   EDWARD C. REED, JR.            U. S. DISTRICT JUDGE

Deputy Clerk:   COLLEEN LARSEN    Reporter:   NONE APPEARING

Counsel for Plaintiff(s)            NONE APPEARING

Counsel for Defendant(s)           NONE APPEARING

<u>MINUTE ORDER IN CHAMBERS</u>

Plaintiff filed a motion (#107) on August 10, 2011 to extend time to file a in support of her Motion to Amend Summary Judgment. Plaintiff's Motion to Extend is GRANTED. Plaintiff shall have until August 15, 2011 to file a reply.

LANCE S. WILSON, CLERK

By   /s/
    Deputy Clerk