UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| SHARON HULIHAN, ) | 2:09-cv-01096-ECR-RJJ |
| ) | |
|     Plaintiff, ) | MINUTES OF THE COURT |
| ) | |
| vs. ) | DATE: October 19, 2011 |
| ) | |
| THE REGIONAL TRANSPORTATION ) | |
| COMMISSION OF SOUTHERN NEVADA, a ) | |
| Public Entity under State and ) | |
| Federal Statutes; LAIDLAW TRANSIT ) | |
| SERVICES, INC., a Foreign ) | |
| Corporation; and FIRST TRANSIT, ) | |
| INC., a Foreign Corporation; and ) | |
| DOES 1-100, inclusive, ) | |
| ) | |
|     Defendants. ) | |

PRESENT:      EDWARD C. REED, JR.                              U. S. DISTRICT JUDGE

Deputy Clerk:    COLLEEN LARSEN            Reporter:     NONE APPEARING

Counsel for Plaintiff(s)              NONE APPEARING

Counsel for Defendant(s)              NONE APPEARING

MINUTE ORDER IN CHAMBERS

    Prior to this Court's order (#116) denying Plaintiff's motion (#101) to amend summary judgment, Plaintiff filed a motion (#110) for clarification on August 29, 2011.  In her motion (#110) for clarification, Plaintiff briefly references the arguments that Plaintiff presented in full in her motion (#101) to amend summary judgment.  The Court therefore finds

that the issues presented in Plaintiff's motion (#110) for clarification have been resolved by the Court's October 6, 2011 order (#116) denying Plaintiff's motion (#101) to amend summary judgment.  Therefore, Plaintiff's motion (#110) for clarification will be denied as moot.

    **IT IS, THEREFORE, HEREBY ORDERED** that Plaintiff's motion (#110) for clarification is **DENIED** as moot.

                                                        LANCE S. WILSON, CLERK

                                                        By        /s/
                                                              Deputy Clerk